UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN BULLOCK,<br><br>       Plaintiff,<br><br> -against-<br><br>FILMLAND SPIRITS, INC.,<br><br>       Defendant. | 24 Civ. 2034 (DEH) (GS)<br><br>**<u>ORDER</u>** |

DALE E. HO, United States District Judge:

  Plaintiff filed this action on March 19, 2024. *See* ECF Nos. 1, 2. On March 20, 2024, the Clerk of Court issued summons as to Defendant. *See* ECF No. 4. Plaintiff has not filed proof of service of the summons. Under Federal Rule of Civil Procedure 4(m), Plaintiff has ninety days to serve Defendant.

  It is hereby **ORDERED** that Plaintiff shall file proof of service of Defendant and a letter explaining why this action should not be dismissed for failure to prosecute by **June 28, 2024.**

Dated: June 26, 2024              SO ORDERED.
   New York, New York

                              DALE E. HO
                              United States District Judge