UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN BULLOCK, | |
| Plaintiff, | 24 Civ. 2034 (DEH) (GS) |
| -against- | **ORDER** |
| FILMLAND SPIRITS, INC., | |
| Defendant. | |

DALE E. HO, United States District Judge:

Plaintiff filed this action on March 19, 2024. *See* ECF Nos. 1, 2. On March 20, 2024, the

Clerk of Court issued summons as to Defendant. *See* ECF No. 4. An order issued June 26, 2024,

directed Plaintiff to file proof of service on Defendant and a letter explaining why this action should

not be dismissed for failure to prosecute by June 28, 2024. *See* ECF No. 6. Plaintiff filed proof of

service on June 26, 2024. *See* ECF No. 7. Plaintiff never filed the required letter.

It is hereby **ORDERED** that Plaintiff shall file a letter explaining his efforts to vigorously

prosecute this case, including his efforts to provide actual notice of Defendant, by **August 12, 2024.**

If no such letter is received, this case will be dismissed for failure to prosecute.

Dated: August 8, 2024                                  SO ORDERED.
       New York, New York

_____
DALE E. HO
United States District Judge