UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JUSTIN BULLOCK, Individually and as the
representative of a class of similarly situated persons,

                    Case No.  1:24-cv-2034-DEH-GS

           Plaintiff,

      - against -

                    **NOTICE OF SETTLEMENT**

FILMLAND SPIRITS, INC.,

           Defendant.
-------------------------------------------------------------X

      Now comes the Plaintiff, Justin Bullock, by and through counsel, to provide notice to the Court that the present case has been settled between the parties, and states:

      1.    The parties have reached an agreement and a formal settlement agreement containing the agreed-upon terms has been executed. Once the terms of the Agreement have been fulfilled, Plaintiff will submit a Notice of Voluntary Dismissal with prejudice and without costs pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

      2.    We respectfully request that the Court stay this case and adjourn all deadlines and conferences.

      3.    We respectfully request the Court provide that the parties may seek to reopen the matter for thirty (30) days to assure that the terms of the Agreement have been satisfied.

Dated: Scarsdale, New York
        August 9, 2024

                                        SHAKED LAW GOUP, P.C.
                                        Attorneys for Plaintiff

                              By: */s/Dan Shaked*_____
                                 Dan Shaked, Esq.
                                 14 Harwood Court, Suite 415
                                 Scarsdale, NY 10583
                                 Tel. (917) 373-9128
                                 e-mail: ShakedLawGroup@Gmail.com